UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN ANDERSON, | ) Case No. CV 10-4650 DDP(JC) <br> ) <br> ) JUDGMENT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |
| Petitioner, | |
| v. | |
| JAMES YATES, Warden, | |
| Respondent. | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed without prejudice.

DATED: October 7, 2010

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE